**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7470**

———————

WILLIE JOHNSON,

Plaintiff - Appellant,

versus

JAMES BROWN, Captain; CYNTHIA FULLER,
Sergeant,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Matthew J. Perry, Jr., Senior Dis-
trict Judge.  (CA-94-2139-2-OBD)

———————

Submitted:  December 14, 1995        Decided:  January 18, 1996

———————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie Johnson, Appellant Pro Se.  Sandra J. Senn, STUCKEY &
KOBROVSKY, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Brown</u>, No. CA-94-2139-2-OBD (D.S.C. Sept. 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>